DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

COLBY BOWMAN,

Petitioner,

v.

CROSSFIT NORTH PORT, LLC,

Respondent.

Case No. 2D21-315

————————————————

September 15, 2021

Petition for Writ of Certiorari to the County Court for the Twelfth Judicial Circuit for Sarasota County; sitting in its appellate capacity.

Sofia Soler-Pazos of Law Office of Townsend J. Belt, PA, Tampa, for Petitioner.

Bryan S. Kessler of Berg & Kessler, Venice, for Respondent.


PER CURIAM.

  Denied.

SLEET, ATKINSON, and STARGEL, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.